IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS, INC., et al.,<br><br>   Plaintiff,<br><br> v.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al.,<br><br>   Defendants. | Civ. No. 12-3824<br>CONSOLIDATED<br><br>INDIRECT PURCHASER ACTION |

**<u>JOINDER BY DEFENDANTS MAYNE PHARMA GROUP LIMITED AND MAYNE PHARMA INTERNATIONAL PTY. LTD. IN DEFENDANT WARNER CHILCOTT'S AMENDED OPPOSITION TO INDIRECT PURCHASER PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION</u>**

  Defendants Mayne Pharma Group Limited and Mayne Pharma International Pty. Ltd. (collectively referred to as "Mayne"), by their undersigned attorneys, hereby join in Defendant Warner Chilcott's Amended Opposition (Dkt. 485) to the Indirect Purchaser Plaintiffs' Amended Motion for Class Certification (Dkt. 449).

  WHEREFORE, for the reasons set forth in Defendant Warner Chilcott's Amended Opposition, and the accompanying Memorandum of Law incorporated by reference hereto, Mayne respectfully requests that this Court deny Indirect Purchaser Plaintiffs' Amended Motion for Class Certification.

ME1 17229722v.1

Dated: February 21, 2014

    **/s/ Mark D. Villanueva**
Mark Villanueva
**MCCARTER & ENGLISH, LLP**
BNY Mellon Center
1735 Market Street, Suite 700
Philadelphia, Pennsylvania 19103-7501
Tel: (215) 979-3800
Fax: (215) 979-3899

John E. Flaherty
Richard Hernandez
Jonathan Short
**MCCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Attorneys for Defendants*
*Mayne Pharma Group Limited and*
*Mayne Pharma International Pty. Ltd.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Joinder has been served this 21st day of February 2014 by this Court's ECF upon all counsel of record.

/s/ Mark D. Villanueva
Mark D. Villanueva, P.A. I.D. 89892
