# EXHIBIT 169



# Doryx™ Capsules & Tablets



Doryx™ capsules and tablets are delayed release oral formulations of doxycycline (a tetracycline class of antibiotic), that can be used treat certain types of infections, as adjunctive treatment of severe acne and as an anti-malarial.

Doryx™ capsules and tablets contains enteric-coated pellets of doxycycline hyclate and is the only delayed release pelletised doxycycline product on the market.

Pellets are formulated to delay the release of doxycycline until the product reaches the small intestine thus reducing the potential for gastrointestinal side effects such as nausea and vomiting compared to conventional doxycycline products.

Doryx™ delayed-release tablets are available in 75mg, 100mg and 150mgs. Doryx™ delayed-release capsules are available in 50mg and 100mg.

Doryx™ capsules are currently licensed and sold in Australia and Singapore. Doryx™ tablets are licensed and sold in United States. Opportunities remain for licensing in a significant number of international territories.

Mayne Pharma offers Doryx™ capsules and tablets on the Pharmaceutical Benefits Scheme (PBS) in Australia.

This product is prescription only. Your doctor will advise you whether this product is suitable for you. Always read the label. Use only as directed. If symptoms persist see your health care professional.

## Further Information

- **For Consumers - Consumer Medical Information on Doryx™ capsules**
- **For Health Professionals - Product Information Sheet on Doryx™  capsules**
- **For potential licensees - Doryx™ capsule / Vibramycin™ capsule Case Study**
- **Doryx™ tablet information on the Warner Chilcott website**

Copyright © 2010 Mayne Pharma Group