UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS INC., ROCHESTER DRUG CO-OPERATIVE, INC., MEIJER, INC., MEIJER DISTRIBUTION, INC., and AMERICAN SALES COMPANY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER CHILCOTT PUBLIC LIMITED COMPANY, WARNER CHILCOTT COMPANY, LLC, WARNER CHILCOTT (US), LLC, WARNER CHILCOTT LABORATORIES IRELAND LTD., MAYNE PHARMA GROUP LIMITED, and MAYNE PHARMA INTERNATIONAL PTY, LTD.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 12-3824<br>: CONSOLIDATED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## EXHIBITS IN SUPPORT OF PLAINTIFFS' 11 MOTIONS TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS

Exhibits 1-31, 34-68, 73, 76-84, 88-92, 96-102, 119-127, 130-161, 165-166, 168, 170, 172-174, 176-177, 184-186 have been filed under seal.