IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT PUBLIC LIMITED ) <br> COMPANY, et al., ) <br> ) <br> Defendants. ) <br> ) | **Civil Action No. 12-3824** <br> **CONSOLIDATED** |

FILED
MAY -8 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### [PROPOSED] ORDER

Upon consideration of the Intellectual Property and Antitrust Law Professors' Motion for Leave to File Brief as *Amici Curiae*, any opposition thereto, and the applicable law, it is this 7th day of May 2014,

**ORDERED**, that the Intellectual Property and Antitrust Law Professors' Motion for Leave to File Brief as *Amici Curiae* is **GRANTED**; and, it is further

**ORDERED**, that the Clerk of the Court accept for filing within 7 days of the date of this Order the Intellectual Property and Antitrust Law Professors' Brief as *Amici Curiae*; and, it is further

**ORDERED**, that the Clerk of the Court distribute a copy of this Order to all counsel of record.

Date: May 7, 2014

_____
The Honorable Paul S. Diamond
United States District Court Judge