UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MYLAN PHARMACEUTICALS, INC., et al., : <br><br> Plaintiffs, : <br><br> v. : <br><br> WARNER CHILCOTT PUBLIC LIMITED : <br> COMPANY, et al., : <br><br> Defendants. : <br> _____ : | Master Docket No. 2:12-cv-03824-PD <br> CONSOLIDATED <br><br> *Walgreen* (No. 13-cv-00658-PD) <br> *Rite Aid* (No. 13-cv-1644-PD) <br> *Safeway* (No. 13-cv-4542-PD) |

FILED
MAY 28 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Eckerd Corporation, HEB Grocery Company L.P., JCG (PJC) USA, LLC, Maxi Drug, Inc. d/b/a Brooks Pharmacy, Rite Aid Corporation, Rite Aid Hdqtrs. Corp., Safeway Inc., Supervalu, Inc., and Walgreen Co., comprising all plaintiffs in the *Walgreen*, *Rite Aid*, and *Safeway* actions, and Defendants Warner Chilcott Public Limited Company, Warner Chilcott (US) LLC, Warner Chilcott Company LLC, Warner Chilcott Holdings Company III, Ltd., and Warner Chilcott Laboratories Ireland Limited (collectively the "Warner Chilcott Defendants"), and Mayne Pharma Group Limited and Mayne Pharma International Pty, Ltd. (collectively the "Mayne Defendants"), hereby stipulate to the dismissal of those actions with prejudice pursuant to Federal Rule of Civil Procedure 41, with each party to bear its own costs and attorney's fees.

Dated: May 27, 2014

Respectfully submitted,

/s/ Scott E. Perwin
Scott E. Perwin (pro hac vice)
Kenny Nachwalter P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
E-mail: sperwin@knpa.com
Counsel for *Walgreen* and *Safeway* Plaintiffs

/s/ J. Mark Gidley
J. Mark Gidley (pro hac vice)
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005-3807
Telephone: (202) 626-3600
mgidley@whitecase.com
Counsel for Warner Chilcott Defendants

/s/ Barry L. Refsin
Barry L. Refsin
Monica L. Rebuck
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
Telephone: (215) 496-7031
brefsin@hangley.com
mrebuck@hangley.com
Counsel for *Rite Aid* Plaintiffs

/s/ Jonathan Short
Jonathan Short
McCarter & English LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Telephone: (973) 624-4444
jshort@mccarter.com
Counsel for Mayne Defendants

**SO ORDERED**

_____
Hon. Paul S. Diamond
United States District Judge

Dated: __May 27__, 2014