# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MYLAN PHARMACEUTICALS, INC.,** : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 12-3824 |
| : | and all related cases |
| **WARNER CHILCOTT PUBLIC LIMITED** : | |
| **COMPANY, et al.,** : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 2nd day of June, 2014, it is hereby **ORDERED** that all deadlines shall be **STAYED**.

The Amended Case Management Order (Doc. No. 378) is **SUSPENDED**. All remaining dates—including trial dates—are continued pending further Order of the Court, except that any deadlines pertaining to Direct Purchaser or Indirect Purchaser Settlement Approval shall remain in effect.

Defendants and Indirect Purchaser Plaintiffs shall notify the Court no later than June 27, 2014 as to whether they have been able to reach a settlement.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.