

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817

PHONE 202.973.8800
FAX 202.973.8899

www.wsgr.com

June 2, 2014

**Via CM/ECF**

The Honorable Paul S. Diamond
U.S. District Court, Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

    Re:    *Mylan Pharmaceuticals Inc. v. Warner Chilcott PLC, et al.*, **12-CV-3824 (E.D. Pa.)**

Dear Judge Diamond:

    This letter is respectfully submitted on behalf of Mylan Pharmaceuticals, Inc. ("Mylan") to request a status conference to address the Court's Order from this morning suspending the Amended Case Management Order in this case, Dkt. 378.

    Mylan understands that the Indirect Purchaser Plaintiffs have reached an agreement in principle on a settlement with Defendants, thereby leaving Mylan as the one remaining plaintiff in this case. Mylan has been preparing for a June 24th trial of this matter, as Your Honor is well aware, and would prefer to try the case beginning on that date if at all possible. But we now understand the Court's schedule will make impossible the commencement of trial on the 24th. In light of this development, we respectfully request that the Court convene a status conference for the purpose of fixing a new trial date for this case. Having such a date will allow both sides to assure the availability of counsel and witnesses for trial.

Dated: June 2, 2014

Joseph M. Donley
Nolan Ganguli Shenai
**CLARK HILL PLC**
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501

Respectfully submitted,

**s/ Seth C. Silber**
Seth C. Silber
**WILSON SONSINI GOODRICH & ROSATI**
1700 K Street NW 5th Floor
Washington, DC 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

Jonathan M. Jacobson
Michael S. Sommer
**WILSON SONSINI GOODRICH & ROSATI**
1301 Avenue of the Americas 40th Floor
New York, NY 10019
Tel: (212) 497-7758
Fax: (212) 999-5899

                        *Attorneys for Plaintiff Mylan Pharmaceuticals Inc.*
Cc: All counsel of record (via CM/ECF)