

June 27, 2014

**VIA ECF**

The Honorable Paul S. Diamond
United States District Court, E.D.Pa.
U.S. Courthouse
601 Market Street, Room 6613
Philadelphia, PA 19106

    Re:    *Mylan Pharmaceuticals, Inc., et al. v. Warner Chilcott Public Ltd. Co., et al.*,
            Civ. No. 12-3824 (E.D. Pa.) (Indirect Purchaser Actions)

Dear Judge Diamond:

    Pursuant to the Court's June 2, 2014 Order (ECF No. 647), Indirect Purchaser Plaintiffs and Defendants (the "Parties") hereby notify the Court that they have reached a settlement. Since the issuance of the Court's June 2nd Order, the Parties have been negotiating the terms of the settlement agreement and other documents relating to the settlement. As of the writing of this letter, the Parties have one or two terms relating to the settlement agreement to resolve. The Parties expect to resolve those items early next week. The Parties have also negotiated and finalized additional documents relating to the settlement, including the long form notice, the summary notice, and a supplemental agreement relating to opt-outs. Concomitantly, Indirect Purchaser Plaintiffs have been diligently working with their damages expert on a plan of allocation and with a claims administrator to craft a notice program.

    In light of these developments, Indirect Purchaser Plaintiffs respectfully request until Friday, July 11 to file their motion for preliminary approval of the settlement.

    Respectfully submitted,

    SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

    *Walter W. Noss* /e.s.
    Walter W. Noss

cc: All counsel of record via ECF