IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYLAN PHARMACEUTICALS, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 12-3824 |
| | : | |
| WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |

# J U D G M E N T

**AND NOW**, this 16th day of April, 2015, upon consideration of Plaintiff Mylan Pharmaceuticals' Motion for Summary Judgment (Doc. No. 509), Defendant Warner Chilcott's Motion for Summary Judgment (Doc. No. 511), Defendant Mayne Pharmaceuticals' Motion for Summary Judgment (Doc. No. 493), and all related submissions, it is hereby **ORDERED** that Defendants' Motions are **GRANTED** and Plaintiff's Motion is **DENIED** for the reasons stated in today's Memorandum Opinion. Plaintiff Mylan Pharmaceutical's Complaint is **DISMISSED with prejudice**, and **JUDGMENT** is hereby entered as to all of Plaintiff's claims in favor of Defendants Warner Chilcott and Mayne Pharmaceuticals and against Plaintiff Mylan Pharmaceuticals. The Clerk shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.