IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MYLAN PHARMACEUTICALS, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No.  12-3824 |
| | : | |
| WARNER CHILCOTT PUBLIC LIMITED COMPANY, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF MYLAN PHARMACEUTICALS INC.'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Mylan Pharmaceuticals Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment in favor of Defendants Warner Chilcott Public Limited Company, Warner Chilcott Company, LLC, Warner Chilcott (US), LLC, Mayne Pharma Group Limited, and Mayne Pharma International Pty. Ltd. (Docket Number 681), entered in the above-named case on April 16, 2015, and from all prior judgments, orders, and opinions entered in the above-named case.

-2-

Dated:  May 14, 2015                                        Respectfully submitted,

Joseph M. Donley                                            s/ Seth C. Silber
CLARK HILL PLC                                              Seth C. Silber
One Commerce Square                                         WILSON SONSINI GOODRICH & ROSATI
2005 Market Street, Suite 1000                              Professional Corporation
Philadelphia, Pennsylvania 19103                            1700 K Street, N.W., 5th Floor
Telephone:  (215) 640-8500                                  Washington, D.C. 20006
Facsimile:  (215) 640-8501                                  Telephone:  (202) 973-8824
                                                            Facsimile:  (202) 973-8899

                                                            Jonathan M. Jacobson
                                                            Michael S. Sommer
                                                            Jeffrey C. Bank
                                                            Daniel P. Weick
                                                            WILSON SONSINI GOODRICH & ROSATI
                                                            Professional Corporation
                                                            1301 Avenue of the Americas, 40th Floor
                                                            New York, New York 10019
                                                            Telephone:  (212) 497-7758
                                                            Facsimile:  (212) 999-5899

*Counsel for Plaintiff Mylan Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff Mylan Pharmaceuticals Inc. hereby certifies that a true and correct copy of PLAINTIFF MYLAN PHARMACEUTICALS INC.'S NOTICE OF APPEAL was served this day via CM/ECF.

Dated: May 14, 2015

s/ Seth C. Silber
Seth C. Silber
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, N.W., 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8824
Facsimile: (202) 973-8899

*Counsel for Plaintiff Mylan Pharmaceuticals Inc.*